# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| AVANTOR, INC., | § | No. 373, 2024 |
| Defendant-Below, Appellant, | § | |
| v. | § | Court Below: Court of Chancery of the State of Delaware |
| MARC J. CENTRELLA, | § | C.A. No. 2022-0876 |
| Plaintiff-Below, Appellee. | § | |

Submitted: April 2, 2025
Decided: May 13, 2025

Before **SEITZ**, Chief Justice; **VALIHURA**, **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## ORDER

This 13th day of May, 2025, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the July 1, 2024 Post-Trial Memorandum Opinion; the August 1, 2024 Stipulation and Proposed Order; and the September 3, 2024 Partial Final Judgment and Order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice